UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER J. CANNATA,<br>Plaintiff,<br>v.<br>DILLAN LANDGREN, *et al.*,<br>Defendants. | CASE NO. 3:26-cv-05120-LK-GJL<br><br>ORDER TO SHOW CAUSE OR FILE SERVICE WAIVER AND RE-NOTING MOTION TO AMEND |

This prisoner civil rights action has been referred to United States Magistrate Judge Grady J. Leupold. Plaintiff Christopher J. Cannata, proceeding *pro se* and *in forma pauperis*, initiated this action pursuant to 42 U.S.C. § 1983 against Defendants Jeffrey Westin, Dillan Landgren, Gerald Banner, Frank Teachout, and Patricia Morales. *See* Dkt. 15. The Clerk's Office has attempted to effect service on all Defendants pursuant to Federal Rule of Civil Procedure 4, but Defendant Teachout has not returned a signed waiver of service of summons by the required deadline. *See* Dkt. 35.[1]

[1] The Court directed service of Plaintiff's Amended Complaint, however, currently pending is a Motion for Leave to File a Second Amended Complaint. Dkt. 40. To avoid administrative difficulties presented by amendment while service of process of a prior pleading is ongoing, the Court defers decision on Plaintiff's Motion until the service issues addressed herein have been resolved and all Defendants have entered an appearance in this matter.

Accordingly, Defendant Teachout is **ORDERED** to **SHOW CAUSE** or **FILE** a signed service waiver not later than **August 18, 2026.**

## I. DISCUSSION

Under Federal Rule of Civil Procedure 4(d)(2), if a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service; and (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Following prior attempts to effect service electronically and via mail at his alleged former place of employment, the Court directed service of the Amended Complaint upon the last known address of Defendant Teachout on June 25, 2026. Dkt. 35; *see also* Dkts. 8, 9, 14. In particular, the Court directed the Clerk's Office to effect service in accordance with Federal Rule of Civil Procedure 4, and ordered the following:

> Defendants shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the Amended Complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.
>
> A defendant who fails to timely return the signed waiver will be personally served with a summons and Amended Complaint and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

*Id.* at 2.

Because Defendant Teachout has failed to timely return a signed waiver of service, he **MUST SHOW CAUSE** as to why the Court should not direct the U.S. Marshal to personally serve him, with the costs of such service assessed against him pursuant to Rule 4(d)(2). In lieu of showing cause, Defendant Teachout, or appropriate counsel, **MAY FILE a signed waiver of service** on or before the required deadline.

## II. INSTRUCTIONS TO DEFENDANT TEACHOUT

For the above stated reasons, Defendant Frank Teachout is **ORDERED** to **SHOW CAUSE** why the Court should not direct the U.S. Marshal to personally serve him, with the costs of personal service assessed against him pursuant to Rule 4(d)(2). Alternatively, Defendant Teachout **MAY** satisfy this Order by filing a signed waiver of service. The deadline for Defendant Teachout **to SHOW CAUSE** or **FILE a signed service waiver** is not later than **August 18, 2026**.

The Clerk's Office is directed to send a copy of this Order, the Service Order (Dkt. 35), and all service documents identified therein to Defendants Teachout via certified mail.

Finally, Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 40) **SHALL** be noted for consideration **TWENTY-ONE DAYS AFTER** Defendant Teachout has **APPEARED** in this matter and **FILED** a show cause response or signed service waiver.

Dated this 3rd day of August, 2026.

Grady J. Leupold
United States Magistrate Judge